```
                                                            FILED
                                                          APR - 7 2010
                                                         BANKRUPTCY COURT
                                                         OAKLAND, CALIFORNIA
```

1  Prober & Raphael,
2  A Law Corporation
   Dean Prober, Esquire, #106207
3  Lee S. Raphael, Esquire, #180030
   Cassandra J. Richey, Esquire #155721
4  David F. Makkabi, Esquire #249825
   P.O. Box 4365
5  Woodland Hills, CA 91365-4365
6  (818) 227-0100
   Attorneys for Secured Creditor
7  U.S. Bank, N.A.
   F.040-1309

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re<br>GEORGE WOO,<br><br>      Debtor. | ) Case No. 09-71056<br>)<br>) CHAPTER 7<br>)<br>) R.S. No. DRP – 726<br>)<br>) ORDER GRANTING MOTION FOR<br>) RELIEF FROM AUTOMATIC STAY<br>)<br>) Hearing-<br>) Date : April 7, 2010<br>) Time : 10:30 a.m.<br>) Place : U.S. Bankruptcy Court<br>)        1300 Clay Street, 2nd Floor<br>)        Oakland, CA<br>)        Courtroom 220 |

The Motion for Relief from Automatic Stay of U.S. Bank, N.A., its assignees and/or successors in interest, came on for hearing on April 7, 2010 at 10:30 a.m., before the Honorable Randall J. Newsome. Appearances were as set forth in the Court record.

After reviewing the pleadings and records and determining that GOOD CAUSE exists, the Court makes the following Order:

1          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A., its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **6128 Oakgreen Circle, Carmichael, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

        IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

        IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: 4/7/10

_____
Judge of the United States Bankruptcy Court

# COURT SERVICE LIST

U.S. Bankruptcy Court
Chief Judge Randall J. Newsome
Attention: Chambers Copies
P.O. Box 2070
Oakland, CA 94604-2070


George Woo
39803 Paseo Padre Parkway, #E
Fremont, CA 94538
Debtor


Dennis Yan, Esquire
Law Offices of Dennis Yan
805 Kearny St.
San Francisco, CA 94108
Attorney for Debtor


Paul Mansdorf
1563 Solano Avenue, #703
Berkeley, CA 94707
Chapter 7 Trustee


Reidun Stromsheim, Esquire
Law Offices of Stromsheim and Associates
201 California Street #350
San Francisco, CA 94111
Attorney for the Chapter 7 Trustee


U.S. Trustee
1301 Clay Street, Room 690N
Oakland, CA 94612-5202


Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

-3-
Case: 09-71056   Doc# 54   Filed: 04/07/10   Entered: 04/08/10 14:50:11   Page 3 of 3